IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TYNCHIA BOWENS,

    Petitioner,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security
Administration

    Respondent.

CIVIL ACTION
NO. 16-1470

## ORDER

**AND NOW**, this 22nd day of August, 2018, upon considering Petitioner's Motion for Summary Judgment (Docket No. 14), the Report of Recommendation of United States Magistrate Judge David R. Strawbridge (Docket No. 22), and the objections filed, it is hereby **ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge David R. Strawbridge (Docket No. 22) is **APPROVED** and **ADOPTED**.

2. Petitioner's Motion for Summary Judgment (Docket No. 14) seeking review of the decision of the Commissioner of the Social Security Administration is **DENIED**.

3. Judgment is entered in favor of Respondent, Nancy A. Berryhill, Acting Commissioner of Social Security Administration, and against Petitioner Tynchia Bowens.

4. The Clerk of Court shall close this matter.

                                 **BY THE COURT:**

                                 **/s/ Jeffrey L. Schmehl**
                                 Jeffrey L. Schmehl, J.